IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:24CR92 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CADE SCOTT, | ) | |
| | ) | |
| Defendant | ) | |

This matter is before the court on the defendant, Cade Scott's Motion to Continue Trial [25]. For the reasons set forth in the motion, the court finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [25] is granted as follows:

1. The jury trial, now set for June 3, 2025, is continued to **August 19, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 19, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: May 20, 2025.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**